```
DIEMER, WHITMAN & CARDOSI, LLP
KATHRYN S. DIEMER, #133977
DOMINIQUE A. SOPKO, #240015
75 East Santa Clara Street, Suite 290
San Jose, California   95113
Telephone:  (408) 971-6270
Facsimile: (408) 971-6271
```

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alice Svenson, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>vs.<br><br>Google Inc., a Delaware Corporation, and Google Payment Corporation, a Delaware Corporation,<br><br>              Defendants. | Case No. 1-13-CV-04080 HRL<br><br>**NOTICE OF ERRATA** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September 3, 2013, Plaintiff Alice Svenson, et. al., filed a document entitled COMPLAINT FOR VIOLATIONS OF THE STORED COMMUNICATIONS ACT, BREACH OF CONTRACT, AND, CAL. BUS. PROF. CODE § 17200 (the "Complaint").  Page 14 of the Complaint was inadvertently omitted from the filing as the result of a printing error.  The complete

1  Complaint is attached hereto as **<u>Exhibit A</u>**.  Counsel for Plaintiff apologizes for any inconvenience.

2

3  Dated: September 5, 2013                          DIEMER, WHITMAN & CARDOSI, LLP

4

5                                                    By:*/s/ Dominique A. Sopko*
                                                        Dominique A. Sopko
6                                                       Attorneys for Plaintiff