UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alice Svenson, individually and on behalf of all others similarly situated,<br><br>      Plaintiff(s),<br><br>    v.<br><br>Google Inc., a Delaware Corp., and Google Payment Corporation, a Delaware Corp.<br><br>      Defendant(s). | No. C 13-04080 HRL<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: September 17, 2013

_____
Signature

Counsel for  Plaintiff
(Plaintiff, Defendant or indicate "pro se")