1  Susan D. Fahringer (CA Bar No. 162978)
   SFahringer@perkinscoie.com
2  PERKINS COIE LLP
   1201 Third Avenue, Suite 4900
3  Seattle, WA  98101-3099
   Telephone: (206) 359-8000
4  Facsimile:  (206) 359-9000

5  Sunita B. Bali (CA Bar No. 274108)
   SBali@perkinscoie.com
6  PERKINS COIE LLP
   4 Embarcadero Center, Suite 2400
7  San Francisco, CA 94111
   Telephone: (415) 344-7000
8  Facsimile:  (415) 344-7050

9  Attorneys for Defendants
   Google Inc. and Google Payment Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ALICE SVENSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC., a Delaware Corporation, and GOOGLE PAYMENT CORPORATION, a Delaware Corporation,<br><br>Defendants. | Case No. CV-13-04080-HRL<br><br>**STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANTS TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT** |
|---|---|

Pursuant to Local Rule 6-1(a), the Parties hereby stipulate to extend Defendants' time to respond to the Complaint, as set forth below.

WHEREAS, on September 3, 2013, Plaintiff filed a Complaint against Defendants;

WHEREAS, on September 18, 2013, Defendants were served with the Complaint;

WHEREAS, Defendants have requested an extension of time to respond to the Complaint;

WHEREAS, this extension is not sought for the purpose of unnecessarily delaying this

-1-

1  action;

2  WHEREAS, in the interest of justice and in an effort to enhance judicial efficiency and
3  preserve resources, Plaintiff agrees to grant Defendants additional time in which to respond to the
4  Complaint;

5  WHEREAS, the extension sought will not alter the date of any event or deadline already
6  fixed by Court Order;

7  THEREFORE, the Parties hereby stipulate and agree that Defendants shall file and serve
8  their response to the Complaint by no later than October 30, 2013.

10  DATED: October 8, 2013                **PERKINS COIE LLP**

12                                        By: */s/ Susan Fahringer*
                                               Susan D. Fahringer, Bar No. 162978
13                                             SFahringer@perkinscoie.com

14                                        Attorneys for Defendants
                                          Google Inc. and Google Payment Corporation

16  DATED: October 8, 2013                **DIEMER, WHITMAN & CARDOSI, LLP**

18                                        By: */s/ Kathryn Diemer*
                                               Kathryn Diemer, Bar No. 133977
19                                             KDiemer@diemerwhitman.com

20                                        Attorneys for Plaintiff
                                          Alice Svenson

-2-

STIPULATION TO EXTEND DEADLINE
No. CV-13-04080-HRL
91004-1100/LEGAL28000340.1

**Local Rule 5-1(i) Attestation**

I, Susan Fahringer, hereby attest, pursuant to N.D. Cal. Civil Local Rule 5-1(i), that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED:  October 8, 2013

**PERKINS COIE LLP**

By: */s/ Susan Fahringer*
Susan D. Fahringer, Bar No. 162978
SFahringer@perkinscoie.com

Attorneys for Defendants
Google Inc. and Google Payment Corporation

-3-