Susan D. Fahringer (CA Bar No. 162978)
SFahringer@perkinscoie.com
Rebecca S. Engrav (Pro Hac Vice)
REngrav@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone: (206) 359-8000
Facsimile:  (206) 359-9000

Sunita B. Bali (CA Bar No. 274108)
SBali@perkinscoie.com
PERKINS COIE LLP
4 Embarcadero Center, Suite 2400
San Francisco, CA 94111
Telephone: (415) 344-7000
Facsimile:  (415) 344-7050

Attorneys for Defendants
Google Inc. and Google Payment Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALICE SVENSON, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>         v.<br><br>GOOGLE INC., a Delaware Corporation, and GOOGLE PAYMENT CORPORATION, a Delaware Corporation,<br><br>                    Defendants. | Case No. CV-13-04080-EJD<br><br>**JOINT STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES; [PROPOSED] ORDER** |

-1-

**STIPULATION**

Plaintiff Alice Svenson ("Plaintiff") and Defendants Google Inc. and Google Payment Corporation (together, "Defendants"), by and through their undersigned counsel, hereby stipulate that the Case Management Conference and related deadlines should be extended to March 14, 2014, or to such other time selected by the Court.

The Case Management Conference is currently scheduled for January 24, 2014. Plaintiff's response to Defendants' Motion to Dismiss is due January 15, 2014, and Defendants' Reply is due February 14, 2014. The parties agree that, in the interest of justice and in an effort to enhance judicial efficiency and preserve resources, the Case Management Conference should be continued to March 14, 2014. Therefore, subject to the approval of the Court, Plaintiff and Defendants jointly stipulate to amend the current schedule as follows:

| | |
|---|---|
| 3/7/2014 | Last day to file Rule 26(f) Report, complete initial disclosures, or state objection in Rule 26(f) Report and file Case Management Statement. |
| 3/14/2014 | Initial Case Management Conference. |

STIPULATION AND [PROPOSED] ORDER CONTINUING
CASE MANAGEMENT CONFERENCE
Case No. CV-13-04080-EJD
41063-0065/LEGAL28777584.1

1

2
DATED:  December 23, 2013                    **PERKINS COIE LLP**

3
                                             By:  _/s/ Susan Fahringer_

4
                                                  Susan D. Fahringer, Bar No. 162978
                                                  SFahringer@perkinscoie.com

5
                                             Attorneys for Defendants

6
                                             Google Inc. and Google Payment Corporation

7
DATED:  December 23, 2013                    **DIEMER, WHITMAN & CARDOSI, LLP**

8

9
                                             By:  _/s/ Kathryn Diemer_

10
                                                  Kathryn Diemer, Bar No. 133977
                                                  KDiemer@diemerwhitman.com

11
                                             Attorneys for Plaintiff Alice Svenson

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Based on the foregoing stipulation, in the interest of justice and in an effort to enhance judicial efficiency and preserve resources, the Case Management Conference and related deadlines have been continued.  The new schedule is as follows:

| | |
|---|---|
| 3/7/2014 | Last day to file Rule 26(f) Report, complete initial disclosures, or state objection in Rule 26(f) Report and file Case Management Statement. |
| 3/14/2014 | Initial Case Management Conference. |

IT IS SO ORDERED.

DATED: _____        _____

                                                            Hon. Edward J. Davila
                                                            United States District Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING
CASE MANAGEMENT CONFERENCE
Case No. CV-13-04080-EJD
41063-0065/LEGAL28777584.1