UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ALICE SVENSON,

        Plaintiff,

   v.

GOOGLE, INC., et al.,

        Defendants.

Case No.  13-cv-04080-BLF

**CASE MANAGEMENT ORDER**

On 05/07/2014, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
| --- | --- |
| Further Case Management Conference | N/A |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | N/A |
| Expert Discovery Cut-Off | N/A |
| Last Day to Hear Dispositive Motions | N/A |
| Hearing on Motions in Limine | N/A |
| Final Pretrial Conference | N/A |
| Trial | N/A |

1   IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2   are referred to the assigned Magistrate Judge.
3   IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4   orders, which are available on the Court's website and in the Clerk's Office.
5   IT IS FURTHER ORDERED THAT the Motion to Dismiss hearing is set for 06/26/2014
6   at 9:00 AM.
7   IT IS FURTHER ORDERED THAT the court will retain all currently set deadlines from
8   the 03/12/2014 order (Dkt #57).

10  Dated:  May 09, 2014

    _____
    BETH LABSON FREEMAN
    United States District Judge