**DISCOVER**

Discover More Card
Account number ending in
Open Date: Apr 27, 2013 - Close Date: May 26, 2013
Cardmember Since 1991

Page 1 of 4

## ACCOUNT SUMMARY

| | |
|---|---|
| Previous Balance | |
| Payments and Credits | - |
| Purchases | + |
| Balance Transfers | + |
| Cash Advances | + |
| Fees Charged | + |
| Interest Charged | + |
| New Balance | |

See Interest Charge Calculation section following the Transactions section for detailed APR information

| | |
|---|---|
| Credit Line | |
| Credit Line Available | |
| Cash Advance Credit Line | |
| Cash Advance Credit Line Available | |

You may be able to avoid interest on Purchases. See reverse for details.

Contact Us · Discover.com
1-800-347-2683

## PAYMENT INFORMATION

**New Balance**
Minimum Payment Due
Payment Due Date                                June 21, 2013

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35.00 and your purchase and balance transfer APRs for new transactions may be increased up to the Penalty APR of 29.99% variable.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 21 years | |
| | 3 years | |

If you would like information about credit counseling services, call 1-800-347-1121.

## REWARDS

**Cashback Bonus®**                                    Anniversary Month
                                                        May
Opening Balance                                  $
New Cashback Bonus This Period
  Everywhere Else                               + $
Redeemed This Period                            - $
**Cashback Bonus Balance**                       $
To learn more, log in at Discover.com

---

Make Check payable to Discover.
Please fold on the perforation below, detach and return with your payment.

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

Payment Coupon · Pay Online · Pay by Phone
Please do not fold, clip or staple · Discover.com · 1-800-347-0000

| | |
|---|---|
| Account number ending in | |
| Minimum Payment Due | |
| New Balance | |
| Payment Due Date | |
| Amount enclosed | $ |

ALICE C SVENSON

PO BOX 6103
CAROL STREAM IL 60197-6103

Phone and Internet payments must be received by 5PM ET to be credited as of the same day.
**Address, e-mail or telephone changed?** Note changes on reverse side.



**Discover More Card**
Account number ending in ▮
Open Date: Apr 27, 2013 - Close Date: May 26, 2013

Page 3 of 4

## CONTACT US

|  **Web**<br>Access your<br>account securely<br>at Discover.com |  **Mobile**<br>Manage your<br>account anytime,<br>anywhere at<br>m.Discover.com |  **Phone**<br>1-800-DISCOVER<br>(1-800-347-2683)<br>TDD 1-800-347-7449 |  **Inquiry**<br>Discover<br>PO Box 30943<br>Salt Lake City<br>UT 84130 |  **Mail Payments**<br>Discover<br>PO Box 6103<br>Carol Stream<br>IL 60197-6103 |

### Transactions

| | Trans. Date | Post Date | | |
|---|---|---|---|---|
| **Payments and Credits** | May 10 | May 10 | ▮ | $ ▮ |
| | May 22 | May 22 | ▮ | |
| **Award and Rebate Credits** | Apr 29 | Apr 29 | ▮ | $ ▮ |
| **Merchandise** | May 13 | May 13 | ▮ | $ ▮ |
| | May 17 | May 17 | ▮ | ▮ |
| | May 17 | May 17 | ▮ | ▮ |
| **Restaurants** | Apr 29 | Apr 29 | ▮ | $ ▮ |
| | May 5 | May 5 | ▮ | ▮ |
| | May 15 | May 15 | ▮ | ▮ |
| **Gasoline** | May 15 | May 15 | ▮ | $ ▮ |
| **Travel/Entertainment** | Apr 27 | Apr 27 | ▮ | $ ▮ |
| | Apr 29 | Apr 29 | ▮ | ▮ |
| | Apr 29 | Apr 29 | ▮ | ▮ |
| | Apr 29 | Apr 29 | ▮ | ▮ |
| | May 5 | May 5 | ▮ | ▮ |
| **Services** | Apr 29 | Apr 29 | ▮ | $ ▮ |
| | May 4 | May 4 | ▮ | ▮ |
| | May 6 | May 6 | GOOGLE *YCDROID GOOGLE.COM/CHCA P00XO5QG | 1.77 |
| | May 15 | May 15 | ▮ | ▮ |
| | May 24 | May 24 | ▮ | ▮ |
| **Fees** | May 21 | May 21 | LATE FEE | $ ▮ |
| | | | **TOTAL FEES FOR THIS PERIOD** | ▮ |
| **Interest Charged** | | | INTEREST CHARGE ON PURCHASES | $ ▮ |
| | | | INTEREST CHARGE ON CASH ADVANCES | |
| | | | INTEREST CHARGE ON BALANCE TRANSFERS | |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | ▮ |

### 2013 Totals Year-to-Date

| | | |
|---|---|---|
| TOTAL FEES CHARGED IN 2013 | $ | ▮ |
| TOTAL INTEREST CHARGED IN 2013 | $ | ▮ |

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION