1 | Susan D. Fahringer (CA Bar No. 162978)
  | SFahringer@perkinscoie.com
2 | Charles C. Sipos (Pro Hac Vice)
  | CSipos@perkinscoie.com
3 | PERKINS COIE LLP
  | 1201 Third Avenue, Suite 4900
4 | Seattle, WA  98101-3099
  | Telephone: (206) 359-8000
5 | Facsimile:  (206) 359-9000

6 | Attorneys for Defendants
  | Google Inc. and Google Payment Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ALICE SVENSON, individually and on behalf of all others similarly situated, | Case No. CV-13-04080-BLF |
|---|---|
| Plaintiff, | Hon. Beth L. Freeman |
| v. | **STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF SEEKING RELIEF FROM HEARING REQUIREMENTS** |
| GOOGLE INC., a Delaware Corporation, and GOOGLE PAYMENT CORPORATION, a Delaware Corporation, | |
| Defendants. | |

-1-

[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION
SEEKING RELIEF FROM HEARING REQUIREMENTS
Case No. CV-13-04080-BLF

**STIPULATION**

Defendants Google Inc. and Google Payment Corporation ("Defendants") and Plaintiff Alice Svenson ("Plaintiff"), through their undersigned counsel, hereby stipulate to, and respectfully ask the Court to grant Defendants' Motion for Administrative Relief Seeking Relief From Hearing Requirements ("Motion for Administrative Relief"), and to enter the attached Proposed Order.

Stipulated to this 5th day of September, 2014

*s/ Charles C. Sipos* (Pro Hac Vice)
CSipos@perkinscoie.com
Susan D. Fahringer
SFahringer@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone: (206) 359-8000
Facsimile:  (206) 359-9000

*Counsel for Defendants Google Inc. and Google Payment Corporation*

*s/ Frank Jablonski* (Pro Hac Vice)
Progressive Law Group LLC
354 West Main Street
Madison, WI 53703
Phone 608-258-8511
Fax: 608-442-9494
frankj@progressivelaw.com

*Counsel for Plaintiff Alice Svenson*

# [PROPOSED] ORDER

The Court, having considered Defendants' Motion for Administrative Relief and the Stipulation of the parties, hereby ORDERS as follows:

1. Defendants' Motion for Administrative Relief is hereby GRANTED.
2. The hearing date for Defendants' Motion to Vacate Scheduling Order and Stay Discovery (January 15, 2015) is hereby STRUCK.
3. The Court will consider Defendants' Motion to Vacate Scheduling Order and Stay Discovery in accordance with LCR 7-3 once the parties have filed all papers in support of and in opposition thereto.

IT IS SO ORDERED.

DATED: September 12, 2014

_____
Hon. Beth L. Freeman
United States District Judge