1  Susan D. Fahringer (CA Bar No. 162978)
   SFahringer@perkinscoie.com
2  Charles C. Sipos (*Pro Hac Vice*)
   CSipos@perkinscoie.com
3  PERKINS COIE LLP
   1201 Third Avenue, Suite 4900
4  Seattle, WA 98101-3099
   Telephone: (206) 359-8000
5  Facsimile: (206) 359-9000

6  Attorneys for Defendants
   Google Inc. and Google Payment Corporation
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11

12
   ALICE SVENSON, individually and on          Case No. CV-13-04080-BLF
13 behalf of all others similarly situated,
                                               **[PROPOSED] ORDER GRANTING**
14                Plaintiff,                    **DEFENDANTS GOOGLE INC. AND**
                                               **GOOGLE PAYMENT CORPORATION'S**
15         v.                                   **MOTION TO DISMISS FIRST AMENDED**
                                               **COMPLAINT**
16 GOOGLE INC., a Delaware Corporation,
   and GOOGLE PAYMENT                          Date:      January 15, 2015
17 CORPORATION, a Delaware Corporation,        Time:      9:00 AM
                                               Place:     Courtroom 3, 5th Floor
18                Defendants.                   Judge:     Hon. Beth Labson Freeman

19

20

21

22

23

24

25

26

27

28

# [PROPOSED] ORDER

The Court, having considered Defendants Google Inc. and Google Payment Corporation's Motion to Dismiss First Amended Complaint, Plaintiff's Opposition, and all associated briefing, supporting documents, evidence, and argument, hereby rules and orders as follows:

IT IS ORDERED that, for the reasons stated in Defendants' Motion to Dismiss Plaintiff's First Amended Complaint, Defendants' Motion to Dismiss is GRANTED. Plaintiff's First Amended Complaint and all claims therein are dismissed WITH PREJUDICE.

IT IS SO ORDERED.


DATED: _____                _____
                                               The Honorable Beth Labson Freeman
                                               United States District Judge


Submitted by:

PERKINS COIE LLP


*/s/ Susan D. Fahringer*
By: Susan D. Fahringer

Attorneys for Defendants
Google Inc. and Google Payment
Corporation