1  Susan D. Fahringer (CA Bar No. 162978)
   SFahringer@perkinscoie.com
2  Charles C. Sipos (Pro Hac Vice)
   CSipos@perkinscoie.com
3  PERKINS COIE LLP
   1201 Third Avenue, Suite 4900
4  Seattle, WA  98101-3099
   Telephone: (206) 359-8000
5  Facsimile:  (206) 359-9000

6  Attorneys for Defendants
   Google Inc. and Google Payment Corporation
7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN JOSE DIVISION
11

12
   ALICE SVENSON, individually and on            Case No. CV-13-04080-BLF
13 behalf of all others similarly situated,
                                                 Hon. Beth L. Freeman
14                 Plaintiff,
                                                 **[PROPOSED] ORDER VACATING
15        v.                                     CURRENT CASE SCHEDULE (Dkt. No. 57)**
                                                 AND SETTING CASE MANAGEMENT
16 GOOGLE INC., a Delaware Corporation,          CONFERENCE
   and GOOGLE PAYMENT
17 CORPORATION, a Delaware Corporation,

18                 Defendants.

19

20

21

22

23

24

25

26

27

28

   [PROPOSED] ORDER VACATING CASE SCHEDULE
   Case No. CV-13-04080-BLF

1 **[PROPOSED] ORDER**

2 The Court, having considered the Parties Stipulation and Proposed Order to Vacate
3 Current Case Schedule, and good cause appearing therefor, hereby ORDERS:

4 The Case Schedule set forth in the March 12, 2014, Case Management Order
5 (Dkt. No. 57) is hereby VACATED.

6 PURSUANT TO STIPULATION, IT IS SO ORDERED.

7 A Case Management Conference is hereby set on February 19, 2015 at 1:30 p.m.

8 DATED: October 29, 2014                    _____
                                             Hon. Beth L. Freeman
9                                            United States District Judge

-1-
[PROPOSED] ORDER VACATING CASE SCHEDULE
Case No. CV-13-04080-BLF