UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ALICE SVENSON,

    Plaintiff,

  v.

GOOGLE, INC., et al.,

    Defendants.

Case No. 13-cv-04080-BLF

**CASE MANAGEMENT ORDER**

On 04/02/2015, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
| --- | --- |
| Joint Case Management Statement due | 04/23/2015 |
| Further Case Management Statement due | 04/30/2015 |
| Last Day to Disclose Experts | n/a |
| Fact Discovery Cut-Off | n/a |
| Expert Discovery Cut-Off | n/a |
| Last Day to Hear Dispositive Motions | n/a |
| Final Pretrial Conference | n/a |
| Trial | n/a |

1  IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2  are referred to the assigned Magistrate Judge.
3  IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4  orders, which are available on the Court's website and in the Clerk's Office.
5  IT IS FURTHER ORDERED THAT all Counsel that appeared at the Case Management
6  Conference on 04/02/2015 may appear at the Further Case Management Conference set for
7  04/30/2015 at 1:30 PM by telephone without further order of the court.  The parties shall contact
8  Court Call Phone Conferencing at (866)582-6878 *in advance of the hearing* to schedule the
9  telephonic appearance.

12  Dated:  April 2, 2015

_____
BETH LABSON FREEMAN
United States District Judge

2