1  Susan D. Fahringer (CA Bar No. 162978)
   Charles C. Sipos (Pro Hac Vice)
2  SFahringer@perkinscoie.com
   PERKINS COIE LLP
3  1201 Third Avenue, Suite 4900
   Seattle, WA  98101-3099
4  Telephone: (206) 359-8000
   Facsimile:  (206) 359-9000
5
   Sunita B Bali (CA Bar No. 274108)
6  SBali@perkinscoie.com
   PERKINS COIE LLP
7  4 Embarcadero Center, Suite 2400
   San Francisco, CA 94111
8  Telephone: (415) 344-7000
   Facsimile:  (415) 344-7050
9
   Attorneys for Defendants
10 Google Inc. and Google Payment Corporation

11              UNITED STATES DISTRICT COURT

12           NORTHERN DISTRICT OF CALIFORNIA

13                  SAN JOSE DIVISION

14

15 ALICE SVENSON, individually and on        Case No. CV-13-04080-HRL
   behalf of all others similarly situated,
16                                            STIPULATION AND [PROPOSED] ORDER
                        Plaintiff,            TO EXTEND THE DEADLINE FOR
17                                            DEFENDANTS TO ANSWER THE FIRST
          v.                                  AMENDED COMPLAINT
18
   GOOGLE INC., a Delaware Corporation,       Hon. Beth Labson Freeman
19 and GOOGLE PAYMENT
   CORPORATION, a Delaware Corporation,
20
                        Defendants.
21

22         Pursuant to Local Rule 6-1(b) and 7-12, the Parties hereby stipulate as follows:

23         WHEREAS, this Court's April 1, 2015 Order Denying Motion to Dismiss for Lack of

24 Article III Standing; and Granting in Part and Denying in Part Motion to Dismiss for Failure to

25 State a Claim, Dkt. No. 118, set April 16, 2015 as the deadline for Defendants Google Inc. and

26 Google Payment Corporation ("Defendants") to answer the First Amended Complaint;

27

28                                      -1-

1    WHEREAS, Susan D. Fahringer, counsel for Defendants, is unavailable from April 1,

2    2015 through April 17, 2015, *see* Dkt. No. 117;

3    WHEREAS, in the interest of justice and in an effort to enhance judicial efficiency and

4    preserve resources, Plaintiff Alice Svenson and Defendants have agreed to extend the time for

5    Defendants to answer the First Amended Complaint by one week, to April 23, 2015;

6    THEREFORE, the Parties hereby stipulate and agree that Defendant shall file and serve

7    its answer to the First Amended Complaint by no later than April 23, 2015.

8    DATED:  April 10, 2015                     **PERKINS COIE LLP**

9

10                                             By:   s/ Charles C. Sipos
                                                  Susan D. Fahringer, Bar No. 162978
11                                                SFahringer@perkinscoie.com
                                                  Charles C. Sipos, *Pro Hac Vice*
12                                                CSipos@perkinscoie.com
                                                  Sunita B. Bali, Bar No. 274108
13                                                SBali@perkinscoie.com

14                                             Attorneys for Defendants
                                               Google Inc. and Google Payment Corporation
15

16    DATED:  April 10, 2015                    **PROGRESSIVE LAW GROUP, LLC**

17

18                                             By:  s/ Mark Anthony Bulgarelli
                                                  Elizabeth Roberson-Young, *Pro Hac Vice*
19                                                liza@progressivelaw.com
                                                  Frank Jablonski, *Pro Hac Vice*
20                                                frankj@progressivelaw.com
                                                  Mark Anthony Bulgarelli, *Pro Hac Vice*
21                                                markb@progressivelaw.com

22                                             Attorneys for Plaintiff
                                               Alice Svenson
23

24

25

26

27

28                                        -2-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## Local Rule 5-1(i) Attestation

I, Charles Sipos, hereby attest, pursuant to N.D. Cal. Local Rule5-1(i), that the concurrence to the filing of this document has been obtained from each signatory hereto.


DATED:  April 10, 2015                    **PERKINS COIE** LLP


By:  _s/ Charles C. Sipos_____

Charles C. Sipos, *Pro Hac Vice*
CSipos@perkinscoie.com


Attorneys for Defendants
Google Inc. and Google Payment Corporation

-3-

1        [PROPOSED] ORDER

2             PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.  Defendants

3    shall file and serve their answer to the First Amended Complaint by no later than April 23, 2015.

4

5    IT IS SO ORDERED.

6

7    DATED:  _____                    _____

8                                                 Hon. Beth Labson Freeman
                                                  United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **Certificate of Service**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served on April 10, 2015, with a copy of this document via the Court's CM/ECF system.  I certify that all parties who have appeared in this case are represented by counsel who are CM/ECF participants.  Any other counsel of record will be served by electronic mail, facsimile transmission, and/or first class mail on this same date.

_____/s/ Maryellen Walsh_____
Maryellen Walsh

-5-

STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINE
No. CV-13-04080-BLF
41063-0065/LEGAL125589644.1