Mark Bulgarelli (*Pro Hac Vice*)
Elizabeth Robertson-Young (*Pro Hac Vice*)
Progressive Law Group LLC
140 S. Dearborn Street, Suite 315
Chicago, IL 60603
Tel: 312-787-2717
Fax: 888-574-9038
liza@progressivelaw.com
markb@progressivelaw.com

Frank Jablonski (*Pro Hac Vice*)
Progressive Law Group LLC
354 West Main Street
Madison, WI 53703
Phone 608-258-8511
Fax: 608-442-9494
frankj@progressivelaw.com

*Attorneys for Plaintiff Alice C. Svenson*

Susan D. Fahringer (CA Bar No. 162978)
SFahringer@perkinscoie.com
Charles C. Sipos (*Pro Hac Vice*)
CSipos@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone: (206) 359-8000
Facsimile:  (206) 359-9000

*Attorneys for Defendants*
*Google Inc. and Google Payment*
*Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALICE SVENSON, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., a Delaware Corporation, and GOOGLE PAYMENT CORPORATION, a Delaware Corporation, <br><br> Defendants. | Case No. CV-13-04080-BLF <br><br> JUDGE: BETH L. FREEMAN <br><br> **JOINT PROPOSED CASE SCHEDULE** <br><br> Further Case Management Conference <br> Date: April 30, 2015 <br> Time: 1:30 p.m. <br> Place: Courtroom 3, 5th Floor <br> Judge: Hon. Beth L. Freeman |

Pursuant to the Court's April 2, 2015 Case Management Order (Dkt. #120), the parties jointly propose the following case schedule:

Designation of Experts for Class Certification with Reports: January 29, 2016

Designation of Rebuttal Experts for Class Certification with Reports: March 4, 2016

Fact Discovery Cutoff for Class Certification: April 1, 2016

Motion for Class Certification: April 22, 2016

Opposition to Motion for Class Certification:  May 20, 2016

Reply regarding Opposition to Motion for Class Certification:  June 24, 2016

-1-

1    Hearing on Motion for Class Certification: 9:00 a.m. on July 14, 2016

2    General Fact Discovery Cutoff: October 28, 2016

3    Designation of Opening Experts with Reports: December 2, 2016

4    Designation of Rebuttal Experts with Reports: January 20, 2017

5    Expert Discovery Cutoff: February 17, 2017

6    Deadline(s) for Filing Discovery Motions: *See* Civil Local Rule 37-3

7    Deadline for Filing Dispositive Motions: February 17, 2017

8    Final Pretrial Conference:  2:30 p.m. on June 8, 2017

9    Trial:  June ___, 2017

10

11   Dated April 21, 2015

12                                    By:  */s/ Charles C. Sipos*
                                          Charles C. Sipos (*Pro Hac Vice*)
13                                        Perkins Coie LLP

14                                   *Attorneys for Defendants*
                                     *Google Inc. and Google Payment Corporation*
15

16                                   By: */s/* Mark A. Bulgarelli
                                          Mark A. Bulgarelli (*Pro Hac Vice*)
17                                        Progressive Law Group LLC

                                     *Attorneys for Plaintiff Alice Svenson*
18

19           Pursuant to Local Rule 5-1(i)(3), I attest that Mark Bulgarelli, counsel for Plaintiff Alice

20   Svenson, has concurred in the filing of this document.

21   Dated April 21, 2015

22                                    By:  */s/ Charles C. Sipos*
                                          Charles C. Sipos (*Pro Hac Vice*)
23                                        Perkins Coie LLP

24                                   *Attorneys for Defendants*
                                     *Google Inc. and Google Payment Corporation*
25

26

27

28
                                          -2-