**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ALICE SVENSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GOOGLE, INC., et al.,<br><br>　　　　　Defendants. | Case No.  13-cv-04080-BLF<br><br>**ORDER APPROVING JOINT PROPOSED CASE SCHEDULE AS MODIFIED BY THE COURT; AND VACATING APRIL 30, 2015 CASE MANAGEMENT CONFERENCE** |

　　　　The parties' joint proposed case schedule, ECF 126, is APPROVED AS MODIFIED by the Court with respect to the proposed dates for dispositive motions and trial, and the Case Management Conference set for April 30, 2015 is VACATED.

　　　　IT IS HEREBY ORDERED that the following schedule shall apply in this case:

Designation of Experts for Class Certification with Reports:  January 29, 2016

Designation of Rebuttal Experts for Class Certification with Reports:  March 4, 2016

Fact Discovery Cutoff for Class Certification:  April 1, 2016

Motion for Class Certification:  April 22, 2016

Opposition to Motion for Class Certification:  May 20, 2016

Reply regarding Opposition to Motion for Class Certification:  June 24, 2016

Hearing on Motion for Class Certification:  9:00 a.m. on July 14, 2016

General Fact Discovery Cutoff:  October 28, 2016

Designation of Opening Experts with Reports:  December 2, 2016

Designation of Rebuttal Experts with Reports:  January 20, 2017

Expert Discovery Cutoff:  February 17, 2017

1   Deadline(s) for Filing Discovery Motions:  See Civil Local Rule 37-3

2   Dispositive Motion Hearing Date:  9:00 a.m. on April 6, 2017

3   Final Pretrial Conference:  2:30 p.m. on June 8, 2017

4   Trial:  July 10, 2017

6   Dated:  April 28, 2014

_____
BETH LABSON FREEMAN
United States District Judge

2