Charles C. Sipos (*Pro Hac Vice*)
CSipos@perkinscoie.com
Susan D. Fahringer (CA Bar No. 162978)
SFahringer@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone: (206) 359-8000
Facsimile:  (206) 359-9000

Sunita B. Bali (CA Bar No. 274108)
SBali@perkinscoie.com
PERKINS COIE LLP
4 Embarcadero Center, Suite 2400
San Francisco, CA 94111
Telephone: (415) 344-7000
Facsimile:  (25) 344-7050

Attorneys for Defendants
Google Inc. and Google Payment Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALICE SVENSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC., a Delaware Corporation, and GOOGLE PAYMENT CORPORATION, a Delaware Corporation,<br><br>Defendants. | Case No. CV-13-04080-BLF<br><br>**DEFENDANTS' CASE STATUS REPORT**<br><br>Judge:     Hon. Beth Labson Freeman |

Defendants Google, Inc. and Google Payment Corporation ("Defendants") respectfully submit this Case Status Report to apprise the Court of the status of *In re Google Inc. Privacy Policy Litigation* ("*Privacy Policy Litigation*"), No. 5-12-CV-01382-PSG (N.D. Cal.), and in

response to Plaintiff's Case Status Report (Dkt. No. 138) (Jul. 21, 2015) concerning the recent dismissal of *Privacy Policy Litigation*.

On July 1, 2015, Plaintiff Alice Svenson filed two motions in *Privacy Policy Litigation*: (1) a motion to intervene in *Privacy Policy Litigation* and, (2) a motion to relate *Privacy Policy Litigation* to this case.  See Dkt. No. 129 (Jul. 1, 2015) (Plaintiff's Case Status Report advising of motion to intervene and motion to relate cases).  On July 15, 2015, and while Plaintiff's motion to relate and motion to intervene were pending, Judge Grewal dismissed *Privacy Policy Litigation* on the merits with prejudice, because plaintiffs in that action had not established any legally cognizable injury sufficient to gain Article III standing.  *See Privacy Policy Litigation* Dkt. No. 149 (Order Granting Defendant's Motion to Dismiss) (Jul. 15, 2015) at 8-12.  In light of the dismissal of *Privacy Policy Litigation*, Defendants agree that Plaintiff Svenson's motion to relate and motion to intervene are moot.

Except as so stated above, Defendants otherwise disagree with the characterization in Plaintiff's Case Status Report of the bases and rationale for Judge Grewal's dismissal of *Privacy Policy Litigation*.

DATED:  July 22, 2015

**PERKINS COIE LLP**

By: */s/ Charles C. Sipos*
    Charles C. Sipos (*Pro Hac Vice*)
    CSipos@perkinscoie.com

Attorneys for Defendants
Google Inc. and Google Payment Corporation

DEFENDANTS' CASE STATUS REPORT
No.CV-13-04080-BLF

-2-

LEGAL126945542.1