Charles C. Sipos (*Pro Hac Vice*)
CSipos@perkinscoie.com
Susan D. Fahringer (CA Bar No. 162978)
SFahringer@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone: (206) 359-8000
Facsimile:  (206) 359-9000

Sunita B. Bali (CA Bar No. 274108)
SBali@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: (415) 344-7000
Facsimile:  (415) 344-7050

Attorneys for Defendants
Google Inc. and Google Payment Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALICE SVENSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC., a Delaware Corporation, and GOOGLE PAYMENT CORPORATION, a Delaware Corporation,<br><br>Defendants. | Case No. CV-13-04080-BLF<br><br>**NOTICE OF CHANGE OF ADDRESS**<br><br>Judge:   Hon. Beth Labson Freeman |

**PLEASE TAKE NOTICE THAT** the address for Sunita Bali, counsel of record for Defendants Google Inc. and Google Payment Corporation in this action, has changed.  The new address for the firm's San Francisco office is as follows:

> Perkins Coie LLP
> 505 Howard Street,
> Suite 1000
> San Francisco, CA 94105
> Telephone: (415) 344-7000
> Facsimile: (415) 344-7050

All pleadings and correspondence in this action should reflect the change.

DATED:  January 11, 2016

**PERKINS COIE LLP**

By: */s/ Sunita B. Bali*
    Sunita B. Bali (CA Bar No. 274108)
    SBali@perkinscoie.com

Attorneys for Defendants
Google Inc. and Google Payment Corporation