UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ALICE SVENSON, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br> v.<br><br>GOOGLE, INC., and GOOGLE PAYMENT CORP.,<br><br>    *Defendants*. | Case No.: 5:13-cv-04080-BLF<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER ENTERING PARTIES' L.R. 6-2 JOINT STIPULATION TO EXTEND CASE MANAGEMENT SCHEDULE** |

**[PROPOSED] ORDER ENTERING PARTIES' L.R. 6-2 JOINT STIPULATION TO EXTEND CASE MANAGEMENT SCHEDULE**

The Court, having considered the Parties' stipulation [Dkt. 150] and good cause being found, hereby modifies the dates listed in the Case Management Order [Dkt. 128] as follows:

| Event | Current Deadline (Dkt. No. 128) | Proposed New Deadline |
|---|---|---|
| Designation of Experts for Class Certification with Reports | January 29, 2016 | March 11, 2016 |
| Designation of Rebuttal Experts for Class Certification with Reports | March 4, 2016 | April 22, 2016 |
| Fact Discovery Cutoff for Class Certification | April 1, 2016 | May 13, 2016 |
| Motion for Class Certification | April 22, 2016 | May 20, 2016 |
| Opposition to Motion for Class Certification | May 20, 2016 | June 17, 2016 |
| Reply regarding Opposition to Motion for Class Certification | June 24, 2016 | July 22, 2016 |
| Hearing on Motion for Class Certification | July 14, 2016, 9:00 a.m. | August 11, 2016, 9:00 a.m. |

**IT IS SO ORDERED.**

Dated: January 27, 2016
_____

_____
HON. BETH LABSON FREEMAN
U.S. DISTRICT COURT JUDGE