Susan D. Fahringer (CA Bar No. 162978)
SFahringer@perkinscoie.com
Charles C. Sipos (*Pro Hac Vice*)
CSipos@perkinscoie.com
Breena M. Roos (*Pro Hac Vice*)
BRoos@perkinscoie.com
Ryan T. Mrazik (*Pro Hac Vice*)
RMrazik@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone: (206) 359-8000
Facsimile:  (206) 359-9000

Sunita B. Bali (CA Bar No. 274108)
SBali@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: (415) 344-7000
Facsimile:  (415) 344-7050

Attorneys for Defendants
Google Inc. and Google Payment Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALICE SVENSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC., a Delaware Corporation, and GOOGLE PAYMENT CORPORATION, a Delaware Corporation,<br><br>Defendants. | Case No. CV-13-04080-BLF<br><br>**DEFENDANTS' NOTICE OF UNAVAILABILITY**<br><br>Judge:   Hon. Beth Labson Freeman |

DEFENDANTS' NOTICE OF UNAVAILABILITY
No.CV-13-04080-BLF

-1-

LEGAL130061136.1

1  **TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD**:

2      **PLEASE TAKE NOTICE** that Susan D. Fahringer, counsel for Defendants Google Inc.

3  and Google Payment Corporation, will be unavailable from March 14, 2016 through April 4,

4  2016.  Please coordinate all matters, including scheduling, for this time period with Defendants'

5  counsel, Charles Sipos.

6  DATED:  March 2, 2016      **PERKINS COIE LLP**

7

8       By: */s/ Susan D. Fahringer*
         Susan D. Fahringer, Bar No. 162978

9           SFahringer@perkinscoie.com
         Charles C. Sipos, Pro Hac Vice

10          CSipos@perkinscoie.com
         Sunita B. Bali (CA Bar No. 274108)

11          SBali@perkinscoie.com
         Breena M. Roos, Pro Hac Vice

12          BRoos@perkinscoie.com

13          Ryan T. Mrazik, Pro Hac Vice
         RMrazik@perkinscoie.com

14

15      Attorneys for Defendants
     Google Inc. and Google Payment Corporation

16

17

18

19

20

21

22

23

24

25

26

27

28