Kathryn Diemer
kdiemer@diemerwhitman.com
DIEMER, WHITMAN & CARDOSI, LLP
75 East Santa Clara Street, Suite 290
San Jose, CA 95113
Tel: 408.971.6270
CA Bar No.: 133977

Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
EDELSON PC
329 Bryant Street, Suite 2C
San Francisco, CA 94107
Tel: 415.234.5342
Fax: 415.373.9435

*Attorneys for Plaintiff and the Putative Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ALICE SVENSON, individually and on behalf of all others similarly situated,<br><br>       *Plaintiff*,<br>  v.<br><br>GOOGLE, INC., and GOOGLE PAYMENT CORP.,<br><br>       *Defendants*. | Case No.: 5:13-cv-04080-BLF<br><br>CLASS ACTION<br><br>**NOTICE OF CHANGE OF ADDRESS** |

**PLEASE TAKE NOTICE THAT** the address for Rafey S. Balabanian, counsel of record for Plaintiff Alice Svenson and the putative class in this action, has changed. Mr. Balabanian's new address is as follows:

EDELSON PC
329 Bryant Street, Suite 2C
San Francisco, CA 94107
Tel: 415.234.5342
Fax: 415.373.9435

All pleadings and correspondence in this action should reflect the change.

| | |
|---|---|
| Dated: May 4, 2016 | ALICE SVENSON, individually and on behalf of all others similarly situated, |
| | By: s/ Rafey S. Balabanian |
| | One of Plaintiff's Attorneys |

Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
EDELSON PC
329 Bryant Street, Suite 2C
Tel: 415.234.5342
Fax: 415.373.9435

Jay Edelson (Admitted *Pro Hac Vice*)
jedelson@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
J. Dominick Larry (Admitted *Pro Hac Vice*)
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, IL 60654
Tel: 312.589.6370
Fax: 312.589.6378

Kathryn Diemer
kdiemer@diemerwhitman.com
DIEMER, WHITMAN & CARDOSI, LLP
75 East Santa Clara Street, Suite 290
San Jose, CA 95113
Tel: 408.971.6270

**CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2016, I electronically filed the above and foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/ Rafey S. Balabanian