Kathryn Diemer
kdiemer@diemerwhitman.com
DIEMER, WHITMAN & CARDOSI, LLP
75 East Santa Clara Street, Suite 290
San Jose, CA 95113
Tel: 408.971.6270
CA Bar No.: 133977

Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
EDELSON PC
329 Bryant Street, Suite 2C
San Francisco, CA 94107
Tel: 415.234.5342
Fax: 415.373.9435

*Attorneys for Plaintiff and the Putative Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ALICE SVENSON, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br>v.<br><br>GOOGLE, INC., and GOOGLE PAYMENT CORP.,<br><br>*Defendants*. | Case No.: 5:13-cv-04080-BLF<br><br>CLASS ACTION<br><br>**NOTICE OF CHANGE IN COUNSEL** |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Alice Svenson hereby removes Alexander T.H. Nguyen as one of her counsel of record. Plaintiff will continue to be represented by her attorneys of record, including Jay Edelson, Rafey S. Balabanian, Benjamin H. Richman and J. Dominick Larry of Edelson PC; Frank Jablonski, Mark A. Bulgarelli, and Elizabeth Roberson-Young, of Progressive Law Group LLC; Alex Stepick of Stepick Law, LLC; and Kathryn S. Diemer and Dominique A. Sopko of Diemer, Whitman and Cardosi.

| | | |
|---|---|---|
| 1 | Dated: May 5, 2016 | ALICE SVENSON, individually and on behalf of all others similarly situated, |
| 2 | | |
| 3 | | By: s/ Rafey S. Balabanian <br> One of Plaintiff's Attorneys |
| 4 | | Rafey S. Balabanian (Admitted *Pro Hac Vice*) |
| 5 | | rbalabanian@edelson.com <br> EDELSON PC |
| 6 | | 329 Bryant Street, Suite 2C <br> San Francisco, CA 94107 |
| 7 | | Tel: 415.234.5342 <br> Fax: 415.373.943 |
| 8 | | |
| 9 | | Jay Edelson (Admitted *Pro Hac Vice*) <br> jedelson@edelson.com |
| 10 | | Benjamin H. Richman (Admitted *Pro Hac Vice*) <br> brichman@edelson.com |
| 11 | | J. Dominick Larry (Admitted *Pro Hac Vice*) <br> EDELSON PC |
| 12 | | 350 North LaSalle Street, 13th Floor <br> Chicago, IL 60654 |
| 13 | | Tel: 312.589.6370 <br> Fax: 312.589.6378 |
| 14 | | |
| 15 | | Frank Jablonski <br> frankj@progressivelaw.com |
| 16 | | PROGRESSIVE LAW GROUP LLC <br> 354 W. Main Street |
| 17 | | Madison, WI 53703 <br> Tel: 608.258.8511 |
| 18 | | Fax: 608.442.9494 |
| 19 | | |
| 20 | | Mark A. Bulgarelli <br> markb@progressivelaw.com |
| 21 | | PROGRESSIVE LAW GROUP LLC <br> 140 S. Dearborn Street, Suite 315 |
| 22 | | Chicago, IL 60063 <br> Tel: 312.787.2717 |
| 23 | | Fax: 888.574.9038 |
| 24 | | Kathryn Diemer |
| 25 | | kdiemer@diemerwhitman.com <br> DIEMER, WHITMAN & CARDOSI, LLP |
| 26 | | 75 East Santa Clara Street, Suite 290 <br> San Jose, CA 95113 |
| 27 | | Tel: 408.971.6270 |
| 28 | | |

NOTICE OF CHANGE IN COUNSEL

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2016, I electronically filed the above and foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                  s/ Rafey S. Balabanian