1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ALICE SVENSON, individually and on behalf of all others similarly situated,<br><br>         *Plaintiff*,<br><br>  v.<br><br>GOOGLE, INC., and GOOGLE PAYMENT CORP.,<br><br>         *Defendants*. | Case No.: 5:13-cv-04080-BLF<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER ENTERING PARTIES' L.R. 6-2 JOINT STIPULATION TO EXTEND CASE MANAGEMENT SCHEDULE**<br><br>AS MODIFIED BY THE COURT |

21
22
23
24
25
26
27
28

**[PROPOSED] ORDER ENTERING PARTIES' L.R. 6-2 JOINT STIPULATION TO EXTEND CASE MANAGEMENT SCHEDULE**

The Court, having considered the Parties' stipulation [Dkt. 155] and good cause being found, hereby modifies the dates listed in the Case Management Order [Dkt. 151] as follows:

| Event | Current Deadline (Dkt. No. 151) | Proposed New Deadline |
|---|---|---|
| Motion for Class Certification | May 20, 2016 | June 3, 2016 |
| Opposition to Motion for Class Certification | June 17, 2016 | July 8, 2016 |
| Reply regarding Opposition to Motion for Class Certification | July 22, 2016 | August 5, 2016 |
| Hearing on Motion for Class Certification | August 11, 2016, 9:00 a.m. | August ~~25~~ 24, 2016, 9:00 a.m. |

**IT IS SO ORDERED.**

Dated: May 10, 2016  _____

_____
HON. BETH LABSON FREEMAN
U.S. DISTRICT COURT JUDGE

1