Kathryn Diemer
kdiemer@diemerwhitman.com
DIEMER, WHITMAN & CARDOSI, LLP
75 East Santa Clara Street, Suite 290
San Jose, CA 95113
Tel: 408.971.6270
CA Bar No.: 133977

Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
EDELSON PC
329 Bryant Street, Suite 2C
San Francisco, CA 94107
Tel: 415.234.5342
Fax: 415.373.9435

*Attorneys for Plaintiff and the Putative Classes*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| ALICE SVENSON, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>GOOGLE, INC., and GOOGLE PAYMENT CORP.,<br><br>*Defendants*. | Case No. 5:13-cv-04080-BLF<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION UNDER SEAL PURSUANT TO CIVIL L.R. 7-11 AND 79-5**<br><br>Judge: Honorable Beth Labson Freeman |

Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiff Alice Svenson ("Svenson") respectfully submits this Administrative Motion for leave to file under seal certain documents in connection with the filing of her Motion for Class Certification that Defendants Google, Inc. ("Google") and/or Google Payment Corp. ("GPC") (together "Defendants") or Svenson have designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" under the terms of the August 6, 2014 Stipulated Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information and/or Trade Secrets ("Protective Order"). In support of the instant motion, Svenson states as follows:

1. Svenson seeks to file the following "entire" documents under seal pursuant to Civil L.R. 79-5.

- Exhibits 1-3 – 1-6; 1-9 – 1-12; 1-14 – 1-33, 1-35, 1-46, 1-48 – 1-51 to the Declaration of Rafey S. Balabanian in Support of Plaintiff's Motion for Class Certification, which are documents and excerpts of documents that Google or Svenson have designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only." (*See* Declaration of Rafey S. Balabanian ("Balabanian Decl.") ¶ 3, attached as Exhibit 1 hereto.)

2. Svenson seeks to file portions of the following documents under seal pursuant to Civil L.R. 79-5:

- Exhibits 1-13, 1-36, and 1-47 to the Declaration of Rafey S. Balabanian, which contain portions of documents designated as "Confidential" by Defendants Google and/or GPC or Svenson.
- Plaintiff's Memorandum in Support of Motion for Class Certification. This document contains detailed references, including direct quotations, to the exhibits listed above, which Google and/or GPC have designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only."

3. Good cause exists to allow Svenson to file the above-referenced exhibits and documents under seal because, as set forth in the Declaration of Rafey S. Balabanian, they have all

been designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by Defendants, and include, *inter alia*, references to particular Google projects, redesign of purchase flows, internal documents and emails, individual personal information, and disclosure of personal information.

    4.     The Protective Order in this matter was entered by the Court on August 6, 2014 and acknowledges that certain confidential, proprietary, or private information may be disclosed during the course of discovery, and directs the Parties to follow the procedures set forth in Civil L.R. 79-5 for filing such documents and information under seal. (Dkt. 82 ¶ 12.3)

    5.     Protective orders and filings under seal are "the primary means by which the courts ensure full disclosure of relevant information, while still preserving the parties' (and third parties') legitimate expectation that confidential business information, proprietary technology and trade secrets will not be publicly disseminated." *In re Adobe Sys., Inc., Sec. Litig.*, 141 F.R.D. 155, 161-62 (N.D. Cal. 1992) (citing *Johnson Controls, Inc. v. Phoenix Control Sys.*, 886 F.2d 1173, 1176 (9th Cir. 1989)). A court may order the sealing of court records when they contain confidential or otherwise sensitive business information. *IMAX Corp. v. Cinema Tech, Inc.*, 152 F.3d 1161, 1168 (9th Cir. 1998) (noting that confidential and proprietary business information is "to be filed under seal."); *In re Dual-Deck Video Cassette Recorder Antitrust Litig.*, 10 F.3d 693, 694 (9th Cir. 1993) (stating that it "is common now in business litigation" to seal confidential business information by a stipulated protective order).

    6.     Although Plaintiff does not necessarily believe it is critical to seal the designated documents and information from the public record, especially in light of the "'compelling reasons'" test set forth by the Ninth Circuit in *Kamakona v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006), Plaintiff has filed the instant motion so as to comply with the Protective Order. (Dkt. No. 82.)

    7.     Consistent with Rule 79-5(e)(1), within four days of the filing of Plaintiff's Administrative Motion to File Under Seal, Defendants must file with the Court a declaration establishing that the documents and materials it previously designated as "Confidential" and "Highly Confidential – Attorneys' Eyes Only" are sealable. If Defendants fail to do so and the

instant motion is consequently denied, Plaintiff may file the information at issue in the public record.

8. Prior to filing the instant motion, counsel for the Parties conferred regarding the relief requested herein. The undersigned is authorized to state that Defendants do not oppose the same.

WHEREFORE, Plaintiff Alice Svenson respectfully requests that the Court enter an order (i) granting her administrative motion to file documents under seal, and (ii) providing such other and further relief as the Court deems reasonable and just.

Respectfully submitted,

**ALICE SVENSON**, individually and on behalf of all others similarly situated,

Dated: June 3, 2016

By: s/ Rafey S. Balabanian
One of Plaintiff's Attorneys

Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
EDELSON PC
329 Bryant Street, Suite 2C
San Francisco, CA 94107
Tel: 415.234.5342
Fax: 415.373.943

Jay Edelson (Admitted *Pro Hac Vice*)
jedelson@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
J. Dominick Larry (Admitted *Pro Hac Vice*)
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, IL 60654
Tel: 312.589.6370
Fax: 312.589.6378

Mark Bulgarelli (Admitted *Pro Hac Vice*)
Progressive Law Group LLC
140 S. Dearborn Street, Suite 315
Chicago, IL 60603
Tel: 312-787-2717
Fax: 888-574-9038
markb@progressivelaw.com

Frank Jablonski (Admitted *Pro Hac Vice*)
Progressive Law Group LLC
354 West Main Street
Madison, WI 53703
Phone 608-258-8511
Fax: 608-442-949
frankj@progressivelaw.com

Kathryn Diemer
kdiemer@diemerwhitman.com
DIEMER, WHITMAN & CARDOSI, LLP
75 East Santa Clara Street, Suite 290
San Jose, CA 95113
Tel: 408.971.6270

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2016, I electronically filed the above and foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/ Rafey S. Balabanian