Kathryn Diemer
kdiemer@diemerwhitman.com
DIEMER, WHITMAN & CARDOSI, LLP
75 East Santa Clara Street, Suite 290
San Jose, CA 95113
Tel: 408.971.6270
CA Bar No.: 133977

Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
EDELSON PC
329 Bryant Street, Suite 2C
San Francisco, CA 94107
Tel: 415.234.5342
Fax: 415.373.9435

*Attorneys for Plaintiff and the Putative Classes*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ALICE SVENSON, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br>v.<br><br>GOOGLE, INC., and GOOGLE PAYMENT CORP.,<br><br>*Defendants*. | Case No.: 5:13-cv-04080-BLF<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Judge: Honorable Beth Labson Freeman |

This matter coming before the Court on Plaintiff Alice Svenson's Administrative Motion to File Documents Under Seal Pursuant to Civil L.R. 7-11 and 79-5, due and adequate notice having been given, and the Court being duly advised in the premises,

**IT IS HEREBY ORDERED AND ADJUDGED**, as follows:

1. Exhibits 1-3 – 1-6; 1-9 – 1-12; 1-14 – 1-33, 1-35, 1-46, 1-48 – 1-51 to the Declaration of Rafey S. Balabanian in Support of Plaintiff's Motion for Class Certification have all been designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by Defendants Google, Inc. and Google Payment Corp. (together, "Defendants"), or Svenson, and it appears to the Court that such exhibits are sealable in their entirety, subject to Defendants' compliance with L.R. 79-5(e)(1).

2. Portions of Exhibits 1-13, 1-36, and 1-47 contain or refer to documents that have been designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by Defendants or Svenson, and it appears to the Court that such portions of those exhibits are sealable, subject to Defendants' compliance with L.R. 79-5(e)(1) with respect to their designations.

3. Portions of Plaintiff Svenson's Memorandum in Support of Motion for Class Certification refer to documents that have been designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by Defendants or Svenson, and it appears to the Court that such portions of Plaintiff's memorandum are sealable, subject to Defendants' compliance with L.R. 79-5(e)(1) with respect to their designations.

4. Accordingly, the Court hereby orders that, pursuant to L.R. 79-5(e)(1), Defendants shall file declarations establishing that the documents (or portions thereof) set forth above are sealable. If Defendants do not file such a declaration with respect to their designations as required by L.R. 79-5(e)(1), all of the documents set forth above and so designated by Defendants shall be filed and made part of the public record.

//
//
//

1  **IT IS SO ORDERED**.

2  ENTERED: _____

3  _____
HONORABLE BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE