# Exhibit 1-36
## Conditionally Filed Under Partial Seal

1  Susan D. Fahringer, Bar No. 21567
2  SFahringer@perkinscoie.com
   Charles C. Sipos (Pro Hac Vice)
3  CSipos@perkinscoie.com
   PERKINS COIE LLP
4  1201 Third Avenue, Suite 4900
   Seattle, WA 98101-3099
5  Telephone: 206.359.8000
   Facsimile: 206.359.9000
6
   Sunita Bali, Bar No. 274108
7  SBali@perkinscoie.com
   PERKINS COIE LLP
8  Four Embarcadero Center, Suite 2400
   San Francisco, CA 94111-4131
9  Telephone: 415.344.7000
   Facsimile: 415.344.7050
10
   Attorneys for Defendant
11 Google, Inc. and Google Payment Corporation

12
13                     UNITED STATES DISTRICT COURT
14                    NORTHERN DISTRICT OF CALIFORNIA
15                              SAN JOSE DIVISION
16

| | |
|---|---|
| Alice Svenson, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Google Inc. and Google Payment Corporation,<br><br>Defendants. | Case No. 5:13-cv-04080-BLF<br><br>CLASS ACTION<br><br>DEFENDANT GOOGLE INC.'S AMENDED SUPPLEMENTAL ANSWERS TO PLAINTIFF'S INTERROGATORIES, SET ONE<br><br>CONTAINS INFORMATION DESIGNATED "CONFIDENTIAL" PURSUANT TO THE PARTIES' PROTECTIVE ORDER ENTERED AUGUST 6, 2014 |

26  PROPOUNDING PARTY:   PLAINTIFF ALICE SVENSON

27  RESPONDING PARTY:    DEFENDANT GOOGLE INC.

28  SET NO:              ONE

-1-

Policy, Wallet Buyer Terms of Service, and Google Wallet Privacy Notice and register for Google Wallet.

**INTERROGATORY NO. 12:**

Identify and describe, in detail, what information relating to named Plaintiff Alice Svenson, including but not limited to SID, is or was PROVIDED to VENDOR YCDroid specifically and to any other third party, including what information is or was PROVIDED as "Shipping Information" associated with her App purchase as set forth in the Complaint and when and by and to whom.

**ANSWER:**

Google incorporates its general objections, in particular its objections to Plaintiff's definitions of the terms "SID," "PROVIDED," and "VENDOR." Google also objects to this Interrogatory to the extent it seeks information outside that at issue in this case. Subject to and without waiving these objections, Google incorporates its answer and objections to Interrogatory No. 1, and will produce pursuant to Rule 33(d) records of Plaintiff's Google Wallet account and the Google Wallet Merchant Center that are sufficient to answer this Interrogatory.

**INTERROGATORY NO. 13:**

Identify the total number of BUYERS whose SID, and data styled as SHIPPING INFORMATION, respectively, was PROVIDED to VENDORS pursuant to a BUYER App purchase, and to YCDroid in connection with BUYER purchases of the YCDroid "SMS MMS to Email" App, respectively, during the Relevant Time Period, with breakdowns by month, year, and location, including state and state and local tax jurisdiction.

**ANSWER:**

Google incorporates its general objections, in particular its objections to Plaintiff's definitions of "SID," "PROVIDED," and "VENDOR." Google also objects to this Interrogatory to the extent it seeks information outside that at issue in this case. Moreover, this Interrogatory

1  seeks information that is beyond the scope of the issues that the parties and court must address in

2  connection with class certification.  In connection with class certification, Google will not contest

3  that the number of United States buyers who purchased Apps on Google Play using Google

4  Wallet is sufficient for purposes of Rule 23(a)(1) numerosity.  Accordingly, this Interrogatory

5  seeks information that is invasive, confidential, and potentially reasonably calculated to lead to

6  the discovery of admissible evidence only with regard to merits issues, and Google objects to

7  producing such information at this stage in the case on these grounds.  Google also objects to this

8  Interrogatory as compound.  Google will supplement this Interrogatory response if and when a

9  class is certified.

10

11  **INTERROGATORY NO. 14:**

12     Identify the top ten VENDORS to whom you PROVIDED SID, and data styled as

13  SHIPPING INFORMATION, respectively, for the greatest number of BUYERS during the

14  Relevant Time Period, with breakdowns by VENDOR, VENDOR location (including each

15  VENDOR's country, state or province, and all other address information you have), month, and

16  year, as well as the total number of BUYERS whose SID and "SHIPPING INFORMATION,"

17  respectively, that you PROVIDED to VENDOR YCDroid.

18  **ANSWER:**

19     Google incorporates its general objections, in particular its objections to Plaintiff's

20  definitions of "SID," "PROVIDED," and "VENDOR."  Google also objects to this Interrogatory

21  to the extent it seeks information outside that at issue in this case.  Moreover, this Interrogatory

22  seeks information that is beyond the scope of the issues that the parties and court must address in

23  connection with class certification.  In connection with class certification, Google will not contest

24  that the number of United States buyers who purchased Apps on Google Play using Google

25  Wallet is sufficient for purposes of Rule 23(a)(1) numerosity.  Accordingly, this Interrogatory

26  seeks information that is invasive, confidential, and potentially reasonably calculated to lead to

27  the discovery of admissible evidence only with regard to merits issues, and Google objects to

28

1 | *The following sentence is designated CONFIDENTIAL pursuant to the parties' Protective*
2 | *Order:* █████████████████████████████████████████
3 | ████████████████████████████████████████████████████
4 | ████████████████████████████████████████████████████
5 | ████████████████████████████████████████████████████
6 | ██████████

**INTERROGATORY NO. 16:**

Identify and describe, in detail, the process by which you receive or keep a portion or amount of each App's purchase price; the process by which you collect said portion or amount and from whom you collect it; and the process by which you remit the remainder of the App purchase price to the VENDOR.

**ANSWER:**

Google incorporates its general objections, in particular its objections to Plaintiff's definition of the term "Identify." Notwithstanding and without waiving these objections, Google incorporates by reference GPC's response to Plaintiff's Interrogatories, Set One, Interrogatory No. 16.

Dated: October 27, 2014                    **PERKINS COIE LLP**

                                           By: *Susan D. Fahringer*
                                               Susan D. Fahringer, Bar No. 21567
                                               SFahringer@perkinscoie.com

                                           Attorneys for Defendants
                                           Google Inc. and Google Payment Corporation