Kathryn Diemer
kdiemer@diemerwhitman.com
DIEMER, WHITMAN & CARDOSI, LLP
75 East Santa Clara Street, Suite 290
San Jose, California 95113
Tel: 408.971.6270
CA Bar No.: 133977

Jay Edelson (Admitted *Pro Hac Vice*)
jedelson@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff and the Putative Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ALICE SVENSON, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br>v.<br><br>GOOGLE, INC., and GOOGLE PAYMENT CORP.,<br><br>  Defendants. | Case No. 5:13-cv-04080-BLF<br><br>**SUPPLEMENTAL DECLARATION OF RAFEY S. BALABANIAN IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Honorable Beth Labson Freeman |

Pursuant to 28 U.S.C. § 1746, I hereby declare and state as follows:

1. I am an attorney admitted *pro hac vice* in the United States District Court for the Northern District of California. I am entering this supplemental declaration in support of Plaintiff's Motion for Class Certification, (dkt. 159), pursuant to the Court's order dated June 21, 2016, (dkt. 161). This declaration is based upon my personal knowledge, except where expressly noted otherwise. If called upon to testify to the matters stated herein, I could and would competently do so.

2. I am the Managing Partner and General Counsel of the law firm of Edelson PC, which has been retained to represent the named Plaintiff in this matter, Alice Svenson.

3. Attached hereto as Exhibit 1-48 is a true and accurate copy of unredacted excerpts from the deposition transcript of Plaintiff Alice Svenson taken in this matter on September 25, 2015.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of June, 2016 at San Francisco, California.

                                                    s/ Rafey S. Balabanian

**CERTIFICATE OF SERVICE**

I, Rafey S. Balabanian, an attorney, hereby certify that on June 28, 2016, I electronically filed the above and foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/ Rafey S. Balabanian