Susan D. Fahringer (CA Bar No. 162978)
SFahringer@perkinscoie.com
Charles C. Sipos (*Pro Hac Vice*)
CSipos@perkinscoie.com
Breena M. Roos (*Pro Hac Vice*)
BRoos@perkinscoie.com
Ryan T. Mrazik (*Pro Hac Vice*)
RMrazik@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

Attorneys for Defendants
Google Inc. and Google Payment Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALICE SVENSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC., a Delaware Corporation, and GOOGLE PAYMENT CORPORATION, a Delaware Corporation,<br><br>Defendants. | Case No. CV-13-04080-BLF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS GOOGLE INC. AND GOOGLE PAYMENT CORPORATION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL INFORMATION (CIV. L. R. 79-5(d)(1)(A) AND 79-5(e))**<br><br>Judge: Hon. Beth Labson Freeman |

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | The Court, having considered Defendants Google Inc. and Google Payment Corporation's |
| 3 | ("Defendants") Administrative Motion to File Under Seal Confidential Information, the |
| 4 | supporting Declaration of Breena M. Roos in Support of Motion to Seal Defendants Google Inc. |
| 5 | and Google Payment Corporation's Confidential Information, the concurrently filed documents in |
| 6 | support of and connection with Defendants' motion, and the Stipulated Protective Order (ECF |
| 7 | No. 82) entered in this action, hereby rules and orders as follows: |
| 8 | Defendant's Motion is GRANTED, and the following documents shall be filed under seal: |

| Document | Portions to be Filed Under Seal or Redacted |
|---|---|
| Defendants' Notice of Motion and Motion for Summary Judgment as to Plaintiff's Individuals Claims; Memorandum of Point and Authorities in Support Thereof | Redacted portions at pages 9 and 15. |
| Defendants' Notice of Motion and Motion to Exclude the Testimony of Henry Fishkind; Memorandum of Points and Authorities in Support Thereof | Redacted portions at pages 1-10. |
| Defendants' Opposition to Plaintiff's Motion for Class Certification | Redacted portions at pages 3, 6, 16, 18-20 |
| Exhibits 4, 5, 13, 14, 15, 16, 17, 22, 23, 24, 26, 27, 28, 29, 31, 32, and 33 to the Omnibus Declaration of Charles Sipos in Support of Defendants' (1) Motion for Summary Judgment as to Plaintiff's Individual Claims; (2) Motion to Exclude the Testimony of Henry Fishkind; and (3) Opposition to Plaintiff's Motion for Class Certification | Entire documents |
| Exhibit 1 to the Omnibus Declaration of Charles Sipos in Support of Defendants' (1) Motion for Summary Judgment as to Plaintiff's Individual Claims; (2) Motion to Exclude the Testimony of Henry Fishkind; and (3) Opposition to Plaintiff's Motion for Class Certification | Redacted portions at pages 11-14. |
| Exhibit 30 to the Omnibus Declaration of Charles Sipos in Support of Defendants' (1) Motion for Summary Judgment as to Plaintiff's Individual Claims; (2) Motion to Exclude the Testimony of Henry Fishkind; and (3) Opposition to Plaintiff's Motion for Class Certification | Redacted portions at pages 6, 10-11, 14, 16, 23-24, 26, 38, 75, 88-89, 107, 143. |

-1-

IT IS SO ORDERED.

DATED: _____

                                                          _____
                                                         The Honorable Beth Labson Freeman
                                                         United States District Judge

Submitted by:

PERKINS COIE LLP


By: */s/ Susan D. Fahringer*
Susan D. Fahringer

Attorneys for Defendants
Google Inc. and Google Payment Corporation

-2-
PROPOSED ORDER GRANTING MOTION TO SEAL
Case No. CV-13-04080-BLF
41063-0065/131850614