1  Susan D. Fahringer (CA Bar No. 162978)
   SFahringer@perkinscoie.com
2  Charles C. Sipos (*Pro Hac Vice*)
   CSipos@perkinscoie.com
3  Breena M. Roos (*Pro Hac Vice*)
   BRoos@perkinscoie.com
4  Ryan T. Mrazik (*Pro Hac Vice*)
   RMrazik@perkinscoie.com
5  PERKINS COIE LLP
   1201 Third Avenue, Suite 4900
6  Seattle, WA 98101-3099
   Telephone: (206) 359-8000
7  Facsimile: (206) 359-9000

Attorneys for Defendants
Google Inc. and Google Payment Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALICE SVENSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC., a Delaware Corporation, and GOOGLE PAYMENT CORPORATION, a Delaware Corporation,<br><br>Defendants. | Case No. CV-13-04080-BLF<br><br>**OMNIBUS DECLARATION OF MASHA KOURAKINA IN SUPPORT OF DEFENDANTS GOOGLE INC. AND GOOGLE PAYMENT CORPORATION'S:**<br><br>**(1) MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFF'S INDIVIDUAL CLAIMS; AND**<br><br>**(2) OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

1     Masha Kourakina declares:

2     1.     I am currently a Business Controller with Google Inc. ("Google"), with responsibility for Google Play. I have personal knowledge of the facts set forth in this declaration and am competent to testify to its contents.

    2.     Google Play is a free platform that allows users to buy digital content, including Apps. Apps are electronically-delivered software applications designed for use on mobile devices. Many Apps are free, but third-party App developers ("Sellers") can also sell Apps on Google Play. For the period from September 19, 2011 to April 30, 2014 (the "Class Period"), to buy an App on Google Play, a person ("Buyer") used Google Wallet. Sellers set pricing for their Apps and were responsible for support and maintenance of their Apps.

    3.     During the Class Period, Google operated Wallet in the U.S. through its wholly-owned subsidiary Google Payment Corporation ("GPC") to provide payment processing services for App sales to U.S. Buyers through Google Play. For all sales to U.S. Buyers in the Class Period, when GPC collected payment for an App from the Buyer, it did so on behalf of the Seller from which the Buyer purchased the App. The Seller was the merchant of record for the transaction.

    4.     In connection with a sale of an App on Google Play, a Seller pays a transaction fee totaling 30% of the purchase price of each App sold. This transaction fee is paid by the Seller, not the Buyer. Neither Google nor GPC collects any money from a Buyer in connection with the sale of an App, outside of his or her payment for the App.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 8th day of July, 2016 at Mountain View, California.

                                        */s/ Masha Kourakina*
                                        Masha Kourakina

**Local Rule 5-1(i)(3) Attestation**

I attest pursuant to Local Rule 5-1(i)(3) that concurrence in the filing of this declaration has been obtained from the signatory thereto.

                                                 */s/ Charles C. Sipos*
                                                 Charles C. Sipos