Kathryn Diemer
kdiemer@diemerwhitman.com
DIEMER, WHITMAN & CARDOSI, LLP
75 East Santa Clara Street, Suite 290
San Jose, California 95113
Tel: 408.971.6270
CA Bar No.: 133977

Jay Edelson (Admitted *Pro Hac Vice*)
jedelson@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff and the Putative Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ALICE SVENSON, individually and on behalf of all others similarly situated,<br><br>      *Plaintiff*,<br>v.<br><br>GOOGLE, INC., and GOOGLE PAYMENT CORP.,<br><br>      *Defendants*. | Case No. 5:13-cv-04080-BLF<br><br>**DECLARATION OF RAFEY S. BALABANIAN IN SUPPORT OF MOTION TO PARTIALLY SEAL TRANSCRIPT OF PLAINTIFF'S DEPOSITION**<br><br>Judge: Honorable Beth Labson Freeman |

Pursuant to 28 U.S.C. § 1746, I hereby declare and state as follows:

1. I am an attorney admitted *pro hac vice* in the United States District Court for the Northern District of California. I am entering this declaration pursuant to Civil Local Rules 79-5(d)(1)(A) and 79-5(e) in support of the sealing of certain sensitive personal information filed in connection with the Declaration of Charles C. Sipos in Support of Defendants' Response in Opposition to Plaintiff's Motion for Class Certification, their Motion to Exclude Expert Testimony, their Motion to File Under Seal, and their Motion for Summary Judgment (the "Sipos Declaration") (dkt. 168). This declaration is based upon my personal knowledge, except where expressly noted otherwise. If called upon to testify to the matters stated herein, I could and would competently do so.

2. I am the Managing Partner and General Counsel of the law firm of Edelson PC, which has been retained to represent the named Plaintiff in this matter, Alice Svenson.

3. Pursuant to Local Rule 79-5(e)(1), Plaintiff submits this Declaration in support of the partial sealing and redaction of Excerpts of the Transcript of the Deposition of Alice C. Svenson (filed as Exhibit 30 to the Sipos Declaration, and as Exhibit 30 to the Declaration of Breena M. Roos (the "Roos Declaration" (dkt. 163-1)).

4. As outlined in the Roos Declaration, Exhibit 30 contains sensitive personal information about Plaintiff, including her email address, username, telephone number, city, state, and zip code. Given that Plaintiff's claim is centered on her right to privacy in such information, and that public disclosure of this information would pose a risk of identity theft and other privacy-related harms, Exhibit 30 should remain partially under seal.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of July at San Francisco, California.

s/ Rafey S. Balabanian

**CERTIFICATE OF SERVICE**

I, Rafey S. Balabanian, an attorney, hereby certify that on July 14, 2016, I electronically filed the above and foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                          s/ Rafey S. Balabanian