UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALICE SVENSON,<br><br>       Plaintiff,<br><br>    v.<br><br>GOOGLE, INC., et al.,<br><br>       Defendants. | Case No. 13-cv-04080-BLF<br><br>**ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO EXCEED PAGE LIMITS**<br><br>[Re: ECF 177] |

Plaintiff's administrative motion for leave to exceed the applicable page limits for her Response in Opposition to Defendants' Motion to Exclude Expert Testimony is DENIED. Plaintiff may file a substitute brief before 12:00 p.m. on Friday, August 12, 2016 or, in the alternative, may choose to rely on her original brief with the understanding that the Court will stop reading at page 10.

**IT IS SO ORDERED.**

Dated: August 10, 2016

_____
BETH LABSON FREEMAN
United States District Judge