# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

|  |  |
|---|---|
| ALICE SVENSON,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE, INC., et al.,<br><br>    Defendants. | Case No.  13-cv-04080-BLF<br><br>**ORDER DIRECTING PARTIES TO MEET AND CONFER REGARDING POTENTIAL REDACTIONS TO ORDER ISSUED DECEMBER 21, 2016** |

On December 21, 2016, the Court issued and conditionally sealed its Order Denying Plaintiff's Motion For Class Certification; Granting Defendants' Motion For Summary Judgment As To Plaintiff's Individual Claims; And Granting In Part And Denying In Part Defendants' Motion To Exclude The Opinions Of Plaintiff's Expert, Dr. Henry Fishkind. *See* ECF 210.  The parties are directed to meet and confer to discuss whether the Order may be filed publicly in its entirety or whether the parties wish to request that portions of the Order be sealed.  The parties shall submit any proposed redacted version of the Order, along with declarations supporting the proposed redactions, on or before January 6, 2017.  If no proposed redactions are submitted, the Court will direct the Clerk to file the Order publicly in its entirety.

**IT IS SO ORDERED.**

Dated: December 21, 2016

_____
BETH LABSON FREEMAN
United States District Judge