Susan D. Fahringer (CA Bar No. 162978)
SFahringer@perkinscoie.com
Charles C. Sipos (Pro Hac Vice)
CSipos@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone: (206) 359-8000
Facsimile:  (206) 359-9000

Attorneys for Defendants
Google Inc. and Google Payment Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALICE SVENSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC., a Delaware Corporation, and GOOGLE PAYMENT CORPORATION, a Delaware Corporation,<br><br>Defendants. | Case No. CV-13-04080-BLF<br><br>Hon. Beth L. Freeman<br><br>[PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION FOR LEAVE |

[PROPOSED] ORDER EXTENDING TIME
Case No. CV-13-04080-BLF

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |

The Court, having considered the Parties Stipulation and Proposed Order to Extend Time to Respond to Plaintiff's Motion for Leave, and good cause appearing therefor, hereby ORDERS:

1. Defendants response to Plaintiff's Motion for Leave (Dkt. No. 204) shall be filed no later than January 13, 2017.

2. Plaintiff's reply in support of her Motion for Leave shall be filed no later than February 3, 2017.

3. The hearing date on Plaintiff's Motion for Leave shall remain March 2, 2017, at 9:00 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____   _____
Hon. Beth L. Freeman
United States District Judge

-1-

[PROPOSED] ORDER EXTENDING TIME
Case No. CV-13-04080-BLF