# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

ALICE SVENSON,

    Plaintiff,

v.

GOOGLE, INC., et al.,

    Defendants.

Case No. 13-cv-04080-BLF

**JUDGMENT**

The Court having granted Defendants' motion for summary judgment on all claims asserted by Plaintiff, and Plaintiff having withdrawn her motion for leave to amend her pleading, Judgment is HEREBY ENTERED for Defendants and against Plaintiff.

The Clerk shall close the file.

Dated: January 27, 2017

_____
BETH LABSON FREEMAN
United States District Judge